O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMMER B. B., | Case No. 5:24cv01470 CAS (ADS) |
| Plaintiff, | |
| v. | ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's opening brief (Dkt. No. 13), Defendant's response brief (Dkt. No. 16), Plaintiff's reply brief (Dkt. No. 20), and the Report and Recommendation of United State Magistrate Judge (Dkt. No. 23). No objections were filed, and the time to do so has passed.  The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1.    The Report and Recommendation (Dkt. No. 23) is accepted;

2.    The decision of the Commissioner denying benefits is reversed and remanded for further proceedings; and

3.    Judgment is to be entered accordingly.

DATED: September 12, 2025

_____

THE HONORABLE CHRISTINA A. SNYDER
United States District Judge

2